IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| EDWARD STANLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 623-018 |
| SECURUS TECHNOLOGIES, LLC, et al., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's stipulation of dismissal without prejudice of Defendants Securus Technologies, LLC, Alvin Stanley, Independent Technologies, LLC d/b/a Wintel, a division of Independent Technologies, LLC, and Dataonline Corp. d/b/a Anova under Federal Rule of Civil Procedure 41. (Doc. 69, at 1-2.) The stipulation is only signed by Plaintiff. (Id. at 2.) Rule 41(a)(1), however, only allows a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal *signed by all parties who have appeared.*" FED. R. CIV. P. 41(a)(1)(A)(ii) (emphasis added). The Eleventh Circuit has found a stipulation of dismissal that is "not signed by all parties who have appeared in th[e] case" is invalid. Hardnett v. Equifax Info. Servs., LLC, No. 21-13195, 2023 WL 2056285, at *1 (11th Cir. Feb. 17, 2023).

**IT IS THEREFORE ORDERED** that Plaintiff's stipulation of dismissal (Doc. 69) is **DENIED WITHOUT PREJUDICE**. If Plaintiff wants to dismiss the above-named Defendants, the Parties are instructed to re-file this motion with the signatures of all parties that have appeared in this case,.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of November, 2023.

```
                                    _____
                                    J. RANDAL HALL, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA
```