IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDWARD STANLEY,             *
                            *
     Plaintiff,             *
                            *
     v.                     *
                            *      CV 623-018
SECURUS TECHNOLOGIES, LLC, et *
al.,                        *
                            *
     Defendants.            *
                            *

**O R D E R**

Before the Court is Plantiff's stipulation of dismissal without prejudice of Defendants Securus Technologies, LLC, Alvin Stanley, Independent Technologies, LLC d/b/a Wintel, and Dataonline Corp. d/b/a Anova under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 71, at 2.)

"Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*."  City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted).  The pending motion has been signed by all Parties; therefore, the Court finds dismissal of Defendants Securus Technologies, LLC, Alvin Stanley, Independent Technologies, and Dataonline Corp. d/b/a Anova proper under Rule 41(a)(1).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendants Securus Technologies, LLC, Alvin

Stanley, Independent Technologies, and Dataonline Corp. d/b/a Anova. The Clerk is **DIRECTED** to **TERMINATE** Defendants Securus Technologies, LLC, Alvin Stanley, Independent Technologies, LLC d/b/a Wintel, and Dataonline Corp. d/b/a Anova as Parties to this action and any motions pertaining to them. This action shall remain pending in all respects as to the remaining Parties. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA